**Order entered February 10, 2023**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00049-CV

### CHAD KRIMM, Appellant

### V.

### CALVIN ROLAND, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-05556-B**

### ORDER

Before the Court is appellant's January 19, 2023 notice of investigation by Dallas Police Fraud Unit and motion to dismiss due to fraudulent filing. Appellant asks we direct the county court to overturn the final judgment and suspend the writ of possession, or alternatively, overturn the judgment ourselves. We **DENY** the requests without prejudice to appellant reasserting them in his brief on the merits.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE